UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI, ANTHONY
HOFFMAN, and ROMMEL
MORSHED,

      Plaintiffs,

v.

HEIDI WASHINGTON, *et al.*,

      Defendants.
_____/

Case No. 25-10846

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
MAY 6, 2025 REPORT AND RECOMMENDATION [18]**

This is a pro se prisoner civil rights lawsuit. (ECF No. 1.) The case has been referred to Magistrate Judge Curtis Ivy, Jr. for all pre-trial matters. (ECF No. 13.) Before the Court is the Magistrate Judge's report and recommendation to deny Plaintiffs' motions for injunctive relief. (ECF No. 18.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 18). Accordingly, the Court DENIES Plaintiffs' motions for injunctive relief (ECF Nos. 5, 16).

      SO ORDERED.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: June 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2025, by electronic and/or ordinary mail.

                                                 s/Marlena Williams
                                                 Case Manager