UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI, ANTHONY
HOFFMAN, and ROMMEL
MORSHED,

        Plaintiffs,                        Case No. 25-10846

v.                                       Honorable Nancy G. Edmunds

HEIDI WASHINGTON, *et al.*,

        Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
FEBRUARY 19, 2026 REPORT AND RECOMMENDATION [42]**

Plaintiffs filed this pro se prisoner civil rights lawsuit in Ramadan 2025 alleging that they could not adhere to the tenets of their faith and observe Ramadan as required due to Defendants' unlawful actions. (ECF No. 1.) The case was referred to Magistrate Judge Curtis Ivy, Jr. for all pre-trial matters. (ECF No. 13.) Before the Court is the Magistrate Judge's report and recommendation to grant Defendants' motion to dismiss for failure to exhaust administrative remedies. (ECF No. 42.) The Magistrate Judge also recommends dismissing the John Doe defendant and denying the motion to appoint counsel. No party has filed timely objections.[1] "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the

---

[1] On this date, the Clerk's Office docketed Plaintiffs' motion for an extension of time to file objections. (ECF No. 56.) Plaintiffs do not indicate on which basis they intend to object to the report and recommendation. The Court does not find additional time warranted here. Accordingly, Plaintiffs' motion for an extension is DENIED.

1

matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 42). Accordingly, the Court GRANTS Defendants' motion to dismiss (ECF No. 29), DISMISSES the John Doe defendant, and DENIES Plaintiffs' motion to appoint counsel (ECF No. 39).

After the issuance of the report and recommendation on Defendants' motion to dismiss, the Clerk's Office docketed Plaintiffs' amended complaint, motion to amend, and emergency motion for injunctive relief, which were filed in an attempt to prevent the recurrence of similar issues in Ramadan 2026. (ECF Nos. 44-46.) The new motions were referred to Magistrate Judge Ivy. (ECF No. 47.) Magistrate Judge Ivy has issued an order denying the motion to amend and striking the amended complaint from the record. (ECF No. 53.) He has also issued a report recommending denial of the motion for injunctive relief. (ECF No. 54.) Thus, even though the Court is dismissing the claims in the original complaint, this case will not be closed so the new report and recommendation can be considered and ruled upon.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2026, by electronic and/or ordinary mail.

s/Marlena Williams
Case Manager

2